# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KAREN BOURGEOIS, an Individual; and THOMAS BOURGEOIS, an Individual;<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, EMERGENCY PHYSICIANS OF EASTERN NEBRASKA, P.C., a professional domestic corporation, and JANELL L. SIMPKINS, M.D.,<br><br>Defendants. | 8:19CV146<br><br>ORDER |

During a telephonic status conference held before the undersigned magistrate judge on November 5, 2019, the parties notified the Court that the plaintiffs successfully mediated their claims as to defendants the United States of America and Dr. Janell Simpkins. The plaintiffs' claims against Defendant Emergency Physicians of Eastern Nebraska, P.C. remain pending. In consideration of the matters discussed during the conference,

**IT IS ORDERED:**

1. On or before **December 20, 2019**, the settling parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the trial judge a draft order which will dispose of the claims of the settling parties;

2. Absent compliance with this order, this case may be dismissed as to the United States and Dr. Simpkins without further notice; and

3. On or before **November 26, 2019**, the plaintiffs and Defendant Emergency Physicians of Eastern Nebraska shall notify the Court of the status of the related state court action and take such action as necessary in this case. All other outstanding deadlines are terminated.

Dated this 5th day of November, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge